UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
GABRIELLE B. MARTINS and            )
JOSE ANTONIO BARROS MARTINS,        )
                                    )
    Plaintiffs/Counterclaim Defendants, )
                                    )   Civil Action No.
    v.                                )   17-10956-FDS
                                    )
JOSE M.B. MARTINS, GABRIEL          )
MARTINS, and EUGENIA MARTINS        )
f/k/a Martins Da Silva,             )
                                    )
    Defendants/Counterclaim           )
    Plaintiffs/Cross-Claim Plaintiffs, )
                                    )
    v.                                )
                                    )
EXXONMOBIL SAVINGS PLAN,            )
                                    )
    Defendant/Cross-Claim Defendant.  )
_____)

### ORDER ON DEFENDANT EXXONMOBILE SAVINGS PLAN'S MOTION FOR JUDGMENT ON THE PLEADINTS

**SAYLOR, J.**

This is an ERISA case under 29 U.S.C. § 502(a)(1)(B), arising from a dispute as to the proper interpretation of a beneficiary-designation form. (Compl. ¶ 1). Plaintiffs filed this claim on May 24, 2017, for a declaratory judgment as to their respective rights, as beneficiaries, to the proceeds of an ERISA qualified savings plan held by the ExxonMobil Savings Plan. The savings plan was the retirement account of John B. Martins, now deceased, and allegedly contained more than $1.5 million. (*Id.* ¶ 18). The plaintiffs are the decedent's son and daughter; the three individual defendants are the decedent's siblings. (*Id.* ¶¶ 4-8).

The plaintiffs sought a declaratory judgment that plaintiff Jose Antonia Barros Martins is

entitled to 50% of the proceeds from the account and that plaintiff Gabrielle B. Martins, defendant Gabriel Martins, defendant Jose M.B. Martins, and defendant Eugenia Martins are each entitled to 12.5% of the proceeds from the account. (*Id.* ¶ 29).

Defendants Eugenia Martins, Gabriel Martins, and Jose M.B. Martins filed answers, counterclaims against plaintiffs, and cross-claims against ExxonMobil on August 18, 2017. (Martins Answer at 3, 8-9). Defendants seek to dismiss the "Complaint in its entirety" and have counterclaimed and cross-claimed for declaratory judgment that all five Martins are each entitled to 20% of the proceeds from the account and for an order requiring ExxonMobil to distribute the proceeds in accordance with that judgment.

ExxonMobil filed an answer on October 20, 2017, that essentially agreed with plaintiffs' interpretation of the beneficiary designation form. (ExxonMobil Answer ¶ 23). The parties have represented to the Court that the distribution has since been made according to plaintiffs' asserted interpretation.

On April 30, 2018, ExxonMobil filed a motion to dismiss all claims against all parties on the ground that neither plaintiffs nor defendants had exhausted, or even availed themselves of, their administrative remedies for contesting the Plan Administrator's determination of benefits. On May 4, 2018, it filed a motion to convert the motion to dismiss for a motion for judgment on the pleadings, as responsive pleadings had already been filed. The Court granted the latter motion on June 5, 2016, and gave the parties an additional two weeks in which to file an opposition. No opposition has been filed.

Because ExxonMobil's motion for judgment on the pleadings is unopposed and appears to be meritorious, it is GRANTED. The action is hereby DISMISSED without prejudice.

**So Ordered.**

Dated: June 25, 2018

/s/ F. Dennis Saylor IV
F. Dennis Saylor, IV
United States District Judge