UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Gabrielle B Martins et al, | * | |
| Plaintiff | * | |
| | * | Civil Action No. 1:17-cv-10956-FDS |
| Jose M.B. Martins. et al, | * | |
| Defendant | * | |

ORDER OF DISMISSAL

June 25, 2018

Saylor, D.J.

Pursuant to the Court's Order [40] filed on 06/25/2018, this case is hereby dismissed and CLOSED.

IT IS SO ORDERED.

/s/ F. Dennis Saylor, IV
United States District Judge